AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF _Massachusetts_ _____

UNITED STATES OF AMERICA

V.

(1) Steven Tai a/k/a Steven MA
(2) Edward Y. Han a/k/a Joseph Lee a/ka/ Peter Kim

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1639-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 11, 2004__ in __Middlesex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

(1) knowingly and with intent to defraud use one or more unauthorized access devices during any one year period, and by such conduct, obtains anything of value aggregating $1000 or more; and (2) knowingly and with intent to defraud possessed fifteen or more devices which are counterfeit or unauthorized access devices

in violation of Title __18__ United States Code, Section(s) __1029(a)(2) and 1029(a)(3)__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
                                    Official Title

facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

01-27-2005                            at        Boston, MA
Date                                              City and State

Charles B. Swartwood
Chief U.S. Magistrate Judge                       _____
Name & Title of Judicial Officer                   Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.