AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Steve TAI

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER:

I, _____ Steve Tai _____, charged in a ☐ complaint ☐ petition

pending in this District with _____

in violation of Title _____ , U.S.C., _____ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P.,
including my right to have a preliminary ☐ examination ☐ hearing , do hereby waive (give up) my right to a prelim-
inary ☐ examination ☐ hearing.

_____
Defendant

1/31/05
_____
Date

_____
Counsel for Defendant