AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Steven Tai a/ka/ Steven MA

**WARRANT FOR ARREST**

CASE NUMBER: 05-1639-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Steven Tai a/k/a Steven MA_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
possession and use of unauthorized access devices

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 JAN 27 P 4: 02

in violation of Title _____18_____ United States Code, Section(s) __1029(a)(2) and 1029(a)(3)__

Charles B. Swartwood III                    US Magistrate Judge
Name of Issuing Officer                     Title of Issuing Officer

[signature]                                 1/27/05 @ Boston, MA
Signature of Issuing Officer                Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

WARRANT EXECUTED BY USSS
BY ARREST AT ARRAIGNMENT OF THE
DEFENDANT ON __1/28/05__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.